**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: J.M.D., A MINOR | : | No. 180 EAL 2017 |
| | : | |
| | : | |
| PETITION OF: T.D., FATHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.